UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                   :

CAROLYNN A. FENNIMORE
                                                         : Bankruptcy No. 17-15619JKF
       Debtor(s)                     : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*/s/ Jean K. FitzSimon*

_____

**Date: August 16, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JON M ADELSTEIN ESQ
350 S MAIN STREET
SUITE 105
DOYLESTOWN PA 18901-

CAROLYNN A. FENNIMORE
214 FERNWOOD COURT
HARLEYSVILLE,PA.19438